BJR/JCC: USAO 2019R00404

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 JUN 17  P 4: 47

CLERK'S OFFICE
AT GREENBELT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX 19CR298 |
| | * | |
| ALCIDES DOMINGUEZ-VALENZUELA, | * | (Reentry of Removed Alien, 8 U.S.C. §§ 1326(a)) |
| | * | |
| Defendant | * | |

*******

# INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about May 30, 2019, in the District of Maryland, the defendant,

**ALCIDES DOMINGUEZ-VALENZUELA,**

an alien who previously had been deported and removed, knowingly entered and was found in the United States of America, the said defendant having not obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. § 1326(a)

Robert K Hur - BJR
_____
Robert K. Hur
United States Attorney

**SIGNATURE REDACTED**

Foreperson

Date: 6/17/19